LAW LIBRARY

NO. 30637

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MICHAEL C. TIERNEY, Petitioner,

vs.

JESSICA AKITA, Court Reporter, State of Hawaii, Respondent.

ORIGINAL PROCEEDING
(Cr. No. 08-1-0869)

ORDER
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the motion for reconsideration of the August 2, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, August 18, 2010.